# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATE OF AMERICA** | **CRIMINAL INDICTMENT NO.** |
| **V.** | **4:20-CR-056** |
| **SERENDIPITY BUSINESS SOLUTIONS, LLC, et al.** | |

## BILL OF PARTICULARS

COMES NOW, the United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, hereby files this Bill of Particulars to add certain property subject to forfeiture under the forfeiture provision of the above-captioned indictment, more specifically, $3,031,059.45 seized from JP Morgan Chase Bank Account ending in 5012.

        Respectfully submitted,

        BOBBY L. CHRISTINE
        UNITED STATES ATTORNEY

        ***/s/ Xavier A. Cunningham***
        Xavier A. Cunningham
        Assistant United States Attorney
        New York Bar No. 5269477

P.O. Box 8970
Savannah, GA 31412
(912) 652-4422

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the Notice of Electronic Filing that was generated as a result of electronic filing in this Court.

The 9th of November 2020.

*/s/ Xavier A. Cunningham*

Xavier A. Cunningham
Assistant United States Attorney